# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLENE MINZEL and RUSSELL MINZEL, | ) ) ) | CASE NO. 8:20-cv-13 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendants' Motion for Withdrawal of Counsel regarding Molly E. Flynn of the law firm Drinker Biddle & Reath (Filing No. 66). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Motion for Withdrawal of Counsel (Filing No. 67) is granted. Molly E. Flynn is deemed withdrawn as counsel for Ethicon, Inc., and Johnson & Johnson and shall no longer receive electronic notice in this case.

DATED this 27th day of January, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge