IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CARLENE MINZEL and RUSSELL MINZEL, | ) ) ) | CASE NO. 8:20-cv-13 |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendants' Motion for Withdrawal of Counsel regarding Jeffrey Royal Johnson of the law firm Johnson Mediation & Legal Services ([Filing No. 67](Filing No. 67)). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Motion for Withdrawal of Counsel ([Filing No. 67](Filing No. 67)) is granted. Jeffrey Royal Johnson is deemed withdrawn as counsel for Ethicon, Inc., and Johnson & Johnson and shall no longer receive electronic notice in this case.

DATED this 27th day of January, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge

1