IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CARLENE MINZEL and RUSSELL MINZEL, | ) | CASE NO. 8:20-cv-13 |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendants' Motion for Withdrawal of Counsel regarding William M. Gage, Christy D. Jones, Ashley Nader Stubbs, Kari L. Sutherland, and Jordan N. Walker of the law firm Butler Snow (Filing No. 68). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Motion for Withdrawal of Counsel (Filing No. 68) is granted. William M. Gage, Christy D. Jones, Ashley Nader Stubbs, Kari L. Sutherland, and Jordan N. Walker are deemed withdrawn as counsel for Ethicon, Inc., and Johnson & Johnson and shall no longer receive electronic notice in this case.

DATED this 27th day of January, 2020.

BY THE COURT:

s./ Michael D. Nelson
United States Magistrate Judge

1