IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLENE MINZEL, and RUSSELL MINZEL,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>　　　　　　Defendants. | **8:20CV13**<br><br>**ORDER TO SHOW CAUSE** |

On January 9, 2020, the Office of the Clerk sent letters (Filing Nos. 44, 45, and 46) to the following attorneys directing them to register for admission to practice in this court: **Christopher A. Gomez, Lee B. Balefsky, and Michelle L. Tiger.**

As of January 27, 2020, the above attorneys have not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **February 11, 2020**, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 27th day of January, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1