IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLENE MINZEL, and RUSSELL MINZEL,<br><br>     Plaintiffs,<br><br> vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>     Defendants. | **8:20CV13**<br><br>**ORDER** |

  **IT IS ORDERED** that the motion to withdraw (Filing No. 82) is granted. Michelle L. Tiger is granted leave to withdraw as counsel of record for the plaintiffs. The Clerk of Court shall terminate the show cause deadline for Ms. Tiger.

  Dated this 10th day of February, 2020.

                  BY THE COURT:

                  s/ Michael D. Nelson
                  United States Magistrate Judge